CLOSED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| LUCKY MCGEE HARRIS, <br> AKA LARRY SCHUMACHER, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEW JERSEY, et al., <br><br> Defendants. | Civil No. 09-0610 (RMB) <br><br> **ORDER** |

For the reasons expressed in the Memorandum Opinion filed herewith,

IT IS on this **20th** day of **May** 2009.

**ORDERED** that the Complaint and Amended Complaint are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted; and it is finally

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon Plaintiff by regular mail and shall close the file.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**